### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL J. WILLIAMS**                                                  **PLAINTIFF**


**v.**                              **Case No.: 4:20-CV-00512-LPR**


**ASHLEY DISTRIBUTION SERVICES, LTD.**
**AND LOUIS JOHNSON**                                                **DEFENDANTS**

### JUDGMENT

Pursuant to the Order that was entered on this date and prior orders entered in this case, it

is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 6th day of January, 2022.


_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

1